

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00141-CV

Marilyn **STEWART**,
Appellant

v.

**WARREN PROPERTIES, INC.**, Agent For Vineyard Garden Apartments,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 383509
Honorable Walden Shelton, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court